**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6020**

FRANKIE L. DOCTOR,

     Petitioner - Appellant,

   v.

WARDEN MANSUKHANI,

     Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Joseph F. Anderson, Jr., Senior District Judge.  (0:14-cv-00425-JFA)

Submitted:  October 27, 2017       Decided:  January 11, 2018

Before GREGORY, Chief Judge, and WILKINSON and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Frankie Lane Doctor, Sr., Appellant Pro Se.  Jimmie Ewing, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frankie Lane Doctor, Sr., a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.[*] *Doctor v. Mansukhani*, No. 0:14-cv-00425-JFA (D.S.C. Dec. 19, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We previously granted Doctor's motion for authorization to file a successive motion under 28 U.S.C. § 2255 in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015). Doctor filed a motion in accordance with that authorization, and the motion is pending in the district court.